IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01848-LTB-BNB

MICHAEL D. BARRY,

Applicant,

v.

MR. RIED, Warden,
JOE ORTIZ, Executive Director DOC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.
_____

**ORDER**
_____

This matter is before me on the **Answer of Respondents to Federal Habeas Application** [Doc. #26, filed 11/30/06] (the "Answer"). The Answer is STRICKEN.

The petitioner filed his Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 on September 18, 2006 [Doc. #4] (the "Application"). In their Answer to the Application, the respondents cite extensively to the state court trial record. The respondents do not provide copies of the record to which they cite. The respondents provide as exhibits three appellate briefs that are not dated, signed, file-stamped, or authenticated. Thus, it is impossible to determine when or if the briefs were a made a part of the record in the petitioner's criminal case.

"The respondent must attach to the answer parts of the transcript that the respondent considers relevant." *Rules Governing Section 2254 Cases in the United States District Courts*, Rule 5(c). In addition, the respondent must attach briefs that were submitted to the state appellate court which relate to the conviction or sentence. Id. at Rule 5(d). The respondents have failed to comply with these requirements. Accordingly,

IT IS ORDERED that the Answer is STRICKEN.  The respondents shall file an Answer on or before **December 18, 2006**, which includes all portions of the record cited therein.

Dated December 7, 2006.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge