IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01848-LTB-BNB

MICHAEL D. BARRY,

Applicant,

v.

MR. RIED, Warden,
JOE ORTIZ, Executive Director DOC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.
_____

**ORDER**
_____

This matter is before me on two motions (the "Motions") filed by the petitioner:

1. **Motion for Response and to Protect Evidence** [Doc. #36, filed 1/12/07]; and

2. **Motion for Response and for Order to Stop Transport to Prevent Obstruction Before Appeal Hearing** [Doc. #38, filed 1/17/07].

The petitioner filed his Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 on September 18, 2006 [Doc. #4] (the "Application"). The Application challenges the petitioner's conviction in Fremont District Court.

The Motions seek an order from this Court directing the Colorado Department of Corrections ("DOC") not to transport the petitioner to the DRDC or its medical units but instead to transport him to a doctor in Colorado Springs for an eye exam at no cost to the State. It is unclear from the Motions how, or if, they relate to the plaintiff's Application.

An application to the Court for an order must state with particularity the relief sought and the grounds therefore. Fed.R.Civ.P. 7(b)(1). In addition, the request for relief must be relevant to this action. Accordingly,

IT IS ORDERED that the Motions are DENIED WITHOUT PREJUDICE.

Dated February 5, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge