IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01848-LTB-BNB

MICHAEL D. BARRY,

Applicant,

v.

MR. RIED, Warden,
JOE ORTIZ, Executive Director DOC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.
_____

**ORDER**
_____

This matter is before me on the Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 [Doc. #3] (the "Application") filed by Michael Barry (the "petitioner") on September 18, 2006. The nature of the petitioner's attempts to exhaust his claims in the state courts, and the status of his direct appeal, are not clear from the record. Accordingly, the Court will take evidence to determine:

(1)   All attempts made by the petitioner to exhaust his claims in the state courts; and

(2)   The status of the petitioner's direct appeal, including whether the direct appeal has operated to toll the one year statute of limitations imposed by the Antiterrorism and Effective Death Penalty Act of 1996.

IT IS ORDERED that a hearing is set for **April 2, 2007** at 1:00 p.m., for one hour in Courtroom A401, 4th Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The plaintiff and his Case Manager shall call Chambers at (303) 844-6408 at that date and time.

IT IS FURTHER ORDERED that on or before **April 2, 2007**, the respondents shall provide to the Court a **current** copy of the ICON Register of Actions for the petitioner's criminal case which reflects both trial level and appellate level entries.

Dated March 22, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge