IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01848-LTB-BNB

MICHAEL D. BARRY,

Applicant,

v.

MR. RIED, Warden,
JOE ORTIZ, Executive Director DOC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.
_____

**ORDER**
_____

This matter is before me on following motions (the "Motions") filed by the petitioner:

1. **Motion for Discovery on Habeas Corpus from Respondents (and Others)** [Doc. #14, filed 10/16/06];

2. **Motion to Set Evidentiary Hearing Regardless of the State's Response, to Protect Evidence** [Doc. #17, filed 11/06/06];

3. **Motion to Take Notice of Non Reciept** [sic] **of Answer to Habeas Corpus by the Respondents and to Proceed with Evidentiary Hearing**[1] [Doc. # 19, filed 11/21/06];

4. **Motion to Extract/Withdraw Statement Made in Affidavit** [Doc. #20, filed 11/22/06];

5. **Motion to Set Settlement Hearing** [Doc. #27, filed 12/05/06];

---

[1] Insofar as the petitioner asserts that he did not receive the respondents' answer to his habeas petition, the respondents' answer was subsequently stricken, and the respondents were ordered to resubmit their answer.

    6.   **Motion for Response and to Protect Evidence** [Doc. #35, filed 1/12/07];

    7.   **Motion to Reconsider** [Doc. #41, filed 2/15/07]; and

    8.   **Letter to Judge Babcock and/or Boland** [Doc. #43, filed 3/15/07].

The petitioner filed his Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 on September 18, 2006 [Doc. #4] (the "Application"). Separately, I have recommended that the Application be dismissed without prejudice. Accordingly,

IT IS ORDERED that the Motions are DENIED AS MOOT.

Dated April 3, 2007.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge