**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 06-cv-01848-LTB-BNB

MICHAEL D. BARRY,

    Plaintiff,

v.

MR. RIED, Warden,
JOE ORTIZ, Executive Director DOC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Defendants.
_____

**ORDER**
_____

This case is before me on the recommendation of the Magistrate Judge issued and served on April 4, 2007 (Doc 51). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the Recommendation is accepted and this action is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that all remaining pending motions are DENIED AS MOOT.

                        BY THE COURT:

                        s/Lewis T. Babcock
                        Lewis T. Babcock, Judge

DATED: February 12, 2008