IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01848-LTB-BNB

MICHAEL D. BARRY,

    Applicant,

v.

MR. RIED, Warden,
JOE ORTIZ, Executive Director DOC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER DENYING CERTIFICATE OF APPEALABILITY

---

Babcock, Judge

    Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this  25th  day of November, 2008.

                                       BY THE COURT:

                                         s/Lewis T. Babcock
                                       JUDGE, UNITED STATES DISTRICT COURT
                                       FOR THE DISTRICT OF COLORADO